No. 95–6426.  BENNETT v. UNITED STATES; and
No. 95–6491.  HANSLEY v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 95–6428.  SMITH v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6430.  VERAS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–6435.  MICHON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6439.  POWELL v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–6442.  GUERRERO v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 95–6452.  AKINRINADE v. UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 95–6454.  CASTILLO-GUERRERO v. UNITED STATES.  C. A.
11th Cir.  Certiorari denied.

No. 95–6456.  BERNAS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 95–6459.  FURLONG v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 95–6461.  HARPER v. UNITED STATES.  C. A. Armed
Forces.  Certiorari denied.

No. 95–6462.  HAMPTON v. VALENTINE.  C. A. 2d Cir.  Certiorari denied.

No. 95–6463.  ANDERSON v. UNITED STATES.  C. A. D. C. Cir.
Certiorari denied.

No. 95–6464.  HIGGS ET AL. v. UNITED STATES.  C. A. 11th
Cir.  Certiorari denied.

No. 95–6468.  OSORIA v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 95–6470.  REED v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.